# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: TERRY P. WALLIN  
1016 S. 6TH STREET  
ROCKFORD, IL  61104

SSN-xxx-xx-6741

Case Number: 04-73429

Case filed on: 7/7/2004  
Plan Confirmed on: 10/29/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,467.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | SCHLUETER, ECKLUND, ET AL | 1,300.00 | 1,300.00 | 1,300.00 | 0.00 |
|  | Total Legal | 1,300.00 | 1,300.00 | 1,300.00 | 0.00 |
| 012 | THE RAMSEY LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | KROPIK PAPUGA & SHAW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TERRY P. WALLIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BANK OF AMERICA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | B-LINE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | SUE TABLEMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | B-LINE LLC | 1,353.87 | 1,353.87 | 35.47 | 0.00 |
| 008 | HEIGHTS FINANCE | 476.48 | 476.48 | 10.60 | 0.00 |
| 009 | PATRICK & TIFFANY NOWLING | 37,100.00 | 37,100.00 | 998.56 | 0.00 |
| 010 | TRIAD FINANCIAL | 15,074.97 | 15,074.97 | 405.75 | 0.00 |
| 011 | TERESA L. WALLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HOUSEHOLD AUTOMOTIVE FINANCE | 17,220.41 | 17,220.41 | 463.50 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 1,194.74 | 1,194.74 | 26.59 | 0.00 |
|  | Total Unsecured | 72,420.47 | 72,420.47 | 1,940.47 | 0.00 |
|  | Grand Total: | 73,720.47 | 73,720.47 | 3,240.47 | 0.00 |

Total Paid Claimant:     $3,240.47  
Trustee Allowance:       $226.53         Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:    2.68          discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan